IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ARREOLA-ARREOLA, | No C-04-5194 VRW |
|     Petitioner, | |
|     v | ORDER |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al, | |
|     Respondents. | |

The parties are hereby directed to file, on or before June 27, 2005, separately or jointly, a status report addressing:

    (1) the current status of this case; and

    (2) whether the Real ID Act of 2005, Pub L No 109-13, 119 Stat 231 (May 11, 2005) requires transfer of this case back to the court of appeals.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge