Marc Van Der Hout (California Bar # 80778)
Stacy Tolchin (California Bar #217431)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner

Papu Sandhu
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9357
Facsimile: (202) 307-0592
Email: Papu.Sandhu@usdoj.gov

Attorney for Respondents

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sergio Alfonso ARREOLA ARREOLA<br><br>     Petitioner,<br><br>          v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et. al.<br><br>     Respondents. | Case No. C 04-5194 VRW<br><br>**STIPULATION TO TRANSFER PETITION FOR WRIT OF HABEAS CORPUS TO NINTH CIRCUIT COURT OF APPEALS; AND [PROPOSED] ORDER TRANSFERRING CASE** |

1    On September 29, 2000, Petitioner was issued an order of reinstatement of removal pursuant

2    to 8 U.S.C. § 1231(a)(5).  This order asserted that Petitioner was previously removed in 1998 and

3    unlawfully reentered the United States thereafter.  Petitioner filed a petition for review of the order

4    of reinstatement of removal with the U.S. Court of Appeals for the Ninth Circuit ("Ninth Circuit")

5    on October 4, 2001, asserting that he was not subject to reinstatement of removal under § 1231(a)(5)

6    because his 1998 removal order, which formed the basis for reinstatement of removal, was unlawful.

7    The Ninth Circuit issued a stay of removal on December 20, 2001.  On September 8, 2004, the

8    Ninth Circuit issued its decision in <u>Arreola-Arreola v. Ashcroft</u>, 383 F.3d 956 (9th Cir. 2004),

9    transferring Petitioner's petition for review to the District Court as a petition for writ of habeas

10   corpus and concluding that this Court was the proper forum to challenge Petitioner's 1998 removal

11   order.

12   On May 11, 2005, Congress enacted the "REAL ID Act of 2005," Pub. L.  No.109-13, 119

13   Stat. 231 (May 11, 2005).  This Court subsequently issued an order that the parties, on or before

14   June 27, 2005, submit a status report addressing the current status of the case and whether the REAL

15   ID Act of 2005 requires transfer of this case to the Court of Appeals. The parties file this stipulation

16   in lieu of that status report.

17   The parties believe that transfer to the U.S. Court of Appeals for the Ninth Circuit is

18   appropriate in this matter.  Pursuant to Real ID Act of 2005 section 106(c), petitions for writ of

19   habeas corpus challenging decisions of removal that are pending at the time of the enactment of the

20   REAL ID Act shall be transferred to the Court of Appeals for the circuit in which a petition for

21   review could have been properly filed under 8 U.S.C. § 1252(a), as amended by the REAL ID Act.

22   <u>See</u> REAL ID § 106(c).  The Court of Appeals shall treat the transferred case as a petition for

23   review, except that the time requirements for filing a petition for review shall not apply. <u>Id.</u>  Thus,

24   the parties agree that transfer to the Ninth Circuit Court of Appeals is appropriate.[1]

25   The parties stipulate that, subject to Court approval, the stay of removal ordered by the

---

26   [1]    In this case, the parties believe that the Ninth Circuit's decision in <u>Morales-Izquierdo v.
     Ashcroft</u>, 388 F.3d 1299 (9th Cir. 2004) may impact the disposition of Petitioner's challenge to his
27   reinstatement of removal order, and are prepared to address that issue before the Ninth Circuit.

28

---

STIP AND [PROP] ORDER TRANSFERRING CASE                                    No: C 04-5194 VRW

Court of Appeals on December 20, 2001 before the Ninth Circuit shall remain in effect upon

transfer and during the pendency of Petitioner's petition for review in the Ninth Circuit.

Dated:  June 22, 2005                                 Respectfully submitted,


_____/s/_____
Papu Sandhu
Office of Immigration Litigation
Attorney for Respondents


Date: June 22, 2005                                   _____/s/_____
Marc Van Der Hout
Van Der Hout, Brigagliano & Nightingale, LLP
Attorney for Petitioner


I certify under penalty of perjury that Papu Sandhu's consent in the filing of this document was
obtained.

Date: June 22, 2005                                   _____/s/_____
Marc Van Der Hout


Pursuant to stipulation, IT IS SO ORDERED.

Date:  ___June 24, 2005___                            _____
Hon. Vaughn R. Walker
United States District Judge

2

STIP AND [PROP] ORDER TRANSFERRING CASE                                No: C 04-5194 VRW

PROOF OF SERVICE BY MAIL

I, , the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my

business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth

Floor, San Francisco, CA 94104.

On June 22, 2005, I caused to be served the within:

**STIPULATION TO TRANSFER PETITION FOR WRIT OF HABEAS CORPUS TO NINTH CIRCUIT COURT OF APPEALS; AND [PROPOSED] ORDER TRANSFERRING CASE**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with

postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at

San Francisco, California, addressed as follows:

> Papu Sandhu
> Office of Immigration Litigation
> Department of Justice/Civil Division
> Post Office Box 878, Ben Franklin Station
> Washington, DC 20044

Executed on June 22, 2005, at San Francisco, California.  I declare under penalty of

perjury, under the laws of the State of California that the foregoing is true and correct.

/s/
Stacy Tolchin
Declarant

---

STIP AND [PROP] ORDER TRANSFERRING CASE                         No: C 04-5194 VRW